# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Shane P. Oliver                        CHAPTER 7

<u>Debtor(s)</u>

BKY. NO. 20-21852 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of LAKEVIEW LOAN SERVICING, LLC and index same on the master mailing list.

                                          Respectfully submitted,

                                          **/s/James C. Warmbrodt, Esquire**
                                          James C. Warmbrodt, Esquire
                                          Attorney I.D. No. 42524
                                          KML Law Group, P.C.
                                          BNY Mellon Independence Center
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106
                                          412-430-3594
                                          jwarmbrodt@kmllawgroup.com