**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Shane P. Oliver**<br>　　　　　　　　**Debtor(s)** | **BK NO. 20-21852 GLT** |
| **LAKEVIEW LOAN SERVICING, LLC**<br>　　　　　　　　**Movant**<br>vs.<br>**Shane P. Oliver**<br>　　　　　　　　**Respondent**<br>**Charles O. Zebley, Jr. Esq.**, **(Trustee)**<br>　　　　　　　**Additional Respondent** | **Chapter 7**<br><br>**Related to Document No. 21**<br><br>**Hearing Date: October 22, 2020**<br><br>**Hearing Time: 10:30am**<br><br>**Objection Deadline: October 05, 2020** |

## CERTIFICATE OF SERVICE OF DEFAULT ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

I, Brian C. Nicholas, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on November 6, 2020, I served the above Default filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Shane P. Oliver
513 Washington Street
New Florence, PA 15944

Attorney for Debtor(s)
FORREST B. FORDHAM, III
Highland Commons 2nd Floor
351 Budfield Street
Johnstown, PA 15904
FFordhamlaw@msn.com

Trustee
Charles O. Zebley, Jr. Esq.
P.O. Box 2124 (VIA ECF)
Uniontown, PA 15401
coz@zeblaw.com

US Trustee
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
Ustpregion03.pi.ecf@usdoj.gov

Method of Service:  electronic means or first class mail

Dated: November 6, 2020

　　　　　　　　　　　　　　　　　　　**/s/ Brian C. Nicholas, Esquire____**
　　　　　　　　　　　　　　　　　　　Brian C. Nicholas, Esquire
　　　　　　　　　　　　　　　　　　　bnicholas@kmllawgroup.com
　　　　　　　　　　　　　　　　　　　Attorney I.D. No. 317240
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　Phone: 215-627-1322
　　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant